**THE TORMEY LAW FIRM**
Louis J. Keleher, Esq., U.S.D.C. NJ Attorney ID No.: 244652017
254 State Street
Hackensack, New Jersey 07601
Tel: (201) 556-1570
Fax: (201) 556-1572
louis.keleher.esq@gmail.com
*Attorneys for Plaintiff,*
  *Richard Sin*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| RICHARD SIN, | CIVIL ACTION NO.: |
| | 2:22-cv-04412-KM-CLW |
| Plaintiff, | |
| v. | |
| 1 OF 1 MEDIA, LLC, SAMIER CONTE CHAVEZ, JOHN DOES 1-10, and JANE DOES 1-10, | **STIPULATION AND ORDER OF DISMISSAL** |
| Defendants. | |

This matter having been amicably adjusted by and between the Parties, it is hereby stipulated and agreed that Plaintiff, RICHARD SIN's Complaint and Jury Demand, dated July 5, 2022 (ECF #1), is voluntarily dismissed against Defendants, 1 OF 1 MEDIA, LLC, SAMIER CONTE CHAVEZ, JOHN DOES 1-10, and JANE DOES 1-10, with prejudice, without costs and without counsel fees.

**IT IS SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 11/21/2022**

Dated: 11/18/2022

**THE TORMEY LAW FIRM**
*Attorneys for Plaintiff,*
  *Richard Sin*

By: */s/Louis J. Keleher*
     Louis J. Keleher